Christopher W. Angius, OSB No. 841576
E-mail:christopher.angius@hklaw.com
HOLLAND & KNIGHT LLP
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon  97204
Telephone: 503.243.2300
Fax: 503.241.8014

Attorneys for Defendant JetBlue Airways Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAM NAYARAN,<br><br>           Plaintiff,<br><br>   v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>           Defendant. | Case No. 3:12-CV-00811-BR<br><br>**JETBLUE AIRWAYS CORPORATION'S RULE 7.1 STATMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff JetBlue Airways Corporation ("JetBlue") states that the following publicly held corporations owns 10% or more of the stock of JetBlue: DEUTSCHE LUFTHANSA AG and FMR LLC.

Dated: June 1, 2012.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    By: /s/ Christopher W. Angius
        Christopher W. Angius, OSB No. 841576
        E-mail: christopher.angius@hklaw.com
        111 S.W. Fifth Avenue
        2300 U.S. Bancorp Tower
        Portland, Oregon 97204
        Telephone: 503.243.2300
        Fax: 503.241.8014

        Christopher G. Kelly (*pro hac vice pending*)
        Sarah G. Passeri (*pro hac vice pending*)
        31 West 52nd Street
        New York, NY 10019

        Attorneys for Defendant JetBlue Airways Corporation

CERTIFICATE OF SERVICE

       I hereby certify that I caused the foregoing JETBLUE AIRWAYS CORPORATION'S RULE 7.1 STATEMENT to be served on the following person by CM/ECF electronically mailed notice from the Court on the date set forth below:

Brandon B. Mayfield
mayfieldbrandon@hotmail.com
Law Office of Brandon Mayfield, LLC
3950 SW 185th Avenue
Beaverton, OR 97007

DATED June 1, 2012.

                                              /s/ Christopher W. Angius