UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NARAYAN, RAM

Plaintiff(s),

v.

JETBLUE AIRWAYS CORPORATION

Defendant(s).

Civil Case No. 3:12-cv-00811-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **SARAH GOGAL PASSERI** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: PASSERI (Last Name)   SARAH (First Name)   G (MI)   (Suffix)
Firm or Business Affiliation: HOLLAND & KNIGHT LLP
Mailing Address: 31 WEST 52ND STREET
City: NEW YORK   State: NEW YORK   Zip: 10019
Phone Number: 212-513-3563   Fax Number: 212-385-9010
Business E-mail Address: sarah.passeri@hklaw.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 2009, ID: 4740015

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court for the Southern District of New York, May 31, 2011
U.S. District Court for the Eastern District of New York, June 30, 2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ In excess of $10 Million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
JETBLUE AIRWAYS CORPORATION

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 1 day of June, 2012

_____
(Signature of Pro Hac Counsel)

Sarah Gogal Passeri
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 4th day of June, 2012

_____
(Signature of Local Counsel)

Name: Angius          Christopher          W.
      (Last Name)     (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 84157 6

Firm or Business Affiliation: Holland & Knight LLP

Mailing Address: 111 S.W. Fifth Avenue, Suite 2300

City: Portland     State: Oregon     Zip: 97204

Phone Number: 503.243.2300     Business E-mail Address: Chris.angius@hklaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge