Brandon B. Mayfield, OSB No. 000824
Law Office of Brandon Mayfield, LLC
3950 SW 185th Avenue
Beaverton, OR 97007
Tel: (503) 941-5101
Fax: (503) 941-5102
e-mail: mayfieldbrandon@hotmail.com
*Attorney for Plaintiff Ram Narayan*

Christopher W. Angius, OSB No. 841576
HOLLAND & KNIGHT LLP
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon  97204
Tel: (503) 243-2300
Fax: (503) 241-8014
e-mail: chris.angius@hklaw.com
*Attorneys for JetBlue Airways Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAM NAYARAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>　　　　Defendant. | Case No. 3:12-CV-00811-BR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is hereby dismissed, with prejudice, and without attorneys' fees, costs, or expenses, to any party.

Dated: August 21, 2012

| LAW OFFICE OF BRANDON MAYFIELD, LLC | HOLLAND & KNIGHT LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Brandon B. Mayfield | Christopher W. Angius, OSB No. 841576 |
| E-mail: mayfieldbrandon@hotmail.com | E-mail: christopher.angius@hklaw.com |
| 3950 SW 185th Avenue | 111 S.W. Fifth Avenue |
| Beaverton, OR 97007 | 2300 U.S. Bancorp Tower |
| *Attorneys for Plaintiff Ram Narayan* | Portland, Oregon 97204 |
|  | *Attorneys for JetBlue Airways Corporation* |

#11474323_v1